# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Anthony Smith            Cr.: 13-00624-001
                                                                                              PACTS #: 53888

Name of Judicial Officer: Claire Cecchi
                            United States District Judge, D/NJ

Name of Sentencing Judicial Officer: William K. Sessions III
                                             Chief United States District Judge, D/VT

Date of Original Sentence: 05/07/03

Original Offense: Possession with Intent to Distribute Heroin

Original Sentence: 78 months custody; 6 years supervised release; $100 Special Assessment

Type of Supervision: Supervised Release           Date Supervision Commenced: 12/16/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On June 18, 2013, the offender engaged in a physical altercation with the victim, Leon Green, during which he stabbed Green in the right forearm with a pair of scissors. The offender was arrested by the Bayonne Police Department and charged with Aggravated Assault. He remained incarcerated at the Hudson County Correctional Facility until August 1, 2013, at which time he paid 10% of the $20,000 bail. During an interview with the undersigned officer, the offender, who is legally blind, reported he stabbed Green in self defense, as Green first attacked him. |
| | On September 17, 2013, the offender was indicted in New Jersey (Hudson County) Superior Court on charges of Aggravated Assault 3rd degree and Possession of a Weapon 3rd and 4th degrees. There is no arraignment date scheduled as of yet. |

U.S. Probation Officer Action:

The aforementioned is being presented to Your Honor for informational purposes. The offender has been directed to have no contact with the alleged victim. He has returned to working full time as a laborer at Hudson County Enterprises in Jersey City, and has moved out of the area in Bayonne were the altercation occurred. The offender remains under the supervision of the undersigned officer, and it is respectfully requested that the Court refrain from taking action until the offender's pending state case is resolved. The offender will be closely supervised by the probation office and we will keep the Court apprised of any changes or the possible need to initiate violation proceedings.

Respectfully submitted,

By: Gisella M. Bassolino
    Gisella M. Bassolino
    2013.10.03 11:26:06 -04'00'
U.S. Probation Officer
Date: 10/03/13

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

10/11/13
Date